UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY L. HARRISON, | |
|           Plaintiff, | CIVIL ACTION NO. 3:20-CV-00311 |
| v. | (MEHALCHICK, M.J.) |
| ANDREW M. SAUL, | |
|           Defendant. | |

**ORDER**

**AND NOW**, this 25th day of February, 2021, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and

2. The Clerk of Court shall **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**